

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| VASHTI E. MADDEN, | § | No. 08-13-00169-CV |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | of El Paso County, Texas |
| | § | (TC# 2012-DVC-01483) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **March 27, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Steven L. Hughes, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before March 27, 2014.

IT IS SO ORDERED this 12th day of February, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.